## ATTACHMENT A-STATEMENT OF FACTS

*The undersigned parties hereby stipulate and agree that if this case had proceeded to trial, government would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

At all times relevant to this case, defendant **TROY WALKER**, aka CAVEMAN (**"WALKER"**) resided in Upper Marlboro, Maryland.

In March of 2012, A.G., a 17 year old female, was forced out of her home by her parents and met **WALKER** through a friend who worked at "parties" hosted by **WALKER**. **WALKER** asked A.G. to work for him at a "party" he was hosting. **WALKER** hosted parties through a company called Quest For Fire. These parties were advertised as sex parties or "gang bangs" on Backpage.com in the adult "escorts" section. Interested individuals would text **WALKER** at the cellular phone number listed in the advertisement and **WALKER** would send the location of the party back to them. At these parties, guests would pay for entry to a residence which would allow them to engage in sexual acts with females provided by **WALKER**.

In August of 2012, **WALKER** rented and paid for an apartment for A.G. **WALKER** had A.G. engage in sexual acts with men and women at his "gang bang parties." A.G.'s photo was also posted in advertisements for the parties on Backpage.com by **WALKER**. **WALKER** provided transportation for A.G. to these parties, which included transportation from Washington, D.C. to Maryland. A.G. would testify that on several occasions, **WALKER** engaged in physical altercations with her.

A.G. worked at approximately seven parties for **WALKER**. The first party that A.G. worked for **WALKER** was on April 1, 2012 and the last party was September 15, 2012. These parties were hosted in Prince George's County at multiple locations. At these parties, A.G. engaged in oral and vaginal sex with clients. **WALKER** kept a portion of the proceeds made at these parties. A.G. was 17 years of age during the time period that A.G. worked at these parties for **WALKER**.

I have read this statement of facts, and carefully reviewed it with my attorney. I acknowledge that it is true and correct.

5/6/13
Date

*/s/ Troy Walker*
Troy Walker

10